**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PAULETTE CHISUM                                                                                            PLAINTIFF

v.                                                                   4:04CV00589 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 19th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE